AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>ALECIA SIMONE BLACKWELL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-99<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _(see below)_ in the county of _Franklin_ in the _Southern_ District of _Ohio_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1344 | 2 counts of Bank Fraud:<br>(Ct. 1) between May 31, 2023 and June 20, 2023<br>(Ct. 2) between July 13, 2023 and July 21, 2023<br>did knowingly execute, and attempt to execute, a scheme to defraud a financial institution, and to obtain money, funds, credits, assets, securities, and other property owned by, and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations, and promises |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

J. Michael McClelland - U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 25, 2025

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

# AFFIDAVIT

I, Jan Michael McClelland, Postal Inspector, being duly sworn, depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I have been a U.S. Postal Inspector with the U.S. Postal Inspection Service in Columbus, Ohio and have been so employed since March 2015.  My responsibilities include investigating money laundering, financial crimes, identity theft, mail theft, mail fraud, bank fraud, intellectual property fraud, prohibited mailings, dangerous mail, and other violations with a nexus to the U.S. Postal Service (USPS).  Prior to becoming a U.S. Postal Inspector, I was a Special Agent with the U.S. Secret Service from December 2002 through March 2015.  My responsibilities as a Special Agent included investigating financial crimes, identity theft, counterfeit currency, bank fraud, wire fraud, access device fraud and threats against the President and Vice President.

## PURPOSE OF AFFIDAVIT

2. This Affidavit is made in support of a federal criminal complaint against **ALECIA BLACKWELL ("BLACKWELL")** for two counts of Bank Fraud, in violation of Title 18, United States Code § 1344.

3. The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause to support violation of two (2) counts of Title 18, United States Code, Section 1344 (Bank Fraud) for the requested warrant.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant did not include each and every fact known concerning this investigation.  Your Affiant has set forth only the facts that are believed to be necessary to establish probable cause that BLACKWELL committed the violations listed above.

## FACTS SUPPORTING FINDING OF PROBABLE CAUSE

5. In or about June 2022 through July 2023, numerous businesses in the Columbus, Ohio area ("victim business(es)") reported that mail was stolen from their exterior cluster mailboxes to include checks from customers paying for services rendered. During this time, numerous businesses in similar names as the legitimate businesses were filed/opened electronically with the Ohio Secretary of State – typically, adding an additional word to the business name resulting in a slight change. Bank accounts

1

under these similar business names were then opened at numerous banks in the Southern District of Ohio, utilizing documents from the Ohio Secretary of State to open these bank accounts. Once the bank accounts were opened, the missing, stolen checks made out to the actual victim businesses were deposited into the bank accounts of the recently opened business with a similar business name. Once the checks were deposited, funds were withdrawn from the accounts. The actual victim businesses did not authorize the deposit of these checks.

    a. Fast Decoration Automation

6. On or about May 31, 2023, the business name Fast Decoration Automation LLC N was filed electronically with the Ohio Secretary of State under the name Bertha Sullivan. Notably, one of the victim businesses is Fast Decoration Automation, 2282 Westbrooke Drive, Building K, Columbus, Ohio 43228.

7. On or about June 6, 2023, Alecia BLACKWELL was electronically added as a subsequent agent for the business through the Ohio Secretary of State.

8. On or about June 7, 2023, an account under the name Fast Decoration Automation LLC N was opened at First Merchants Bank, 3650 Olentangy River Road, Columbus, Ohio. Alecia S. BLACKWELL is the name listed on the account opening application for Fast Decoration Automation LLC N. BLACKWELL's Ohio Driver's license was provided as identification in opening the account.

9. On or about June 8, 2023, check number 271201, from Boundless Network INC, made payable to Fast Decoration Automation, 2282 Westbrooke Drive, Building K, Columbus, Ohio 43228, in the amount of $20,433.59 was deposited into BLACKWELL's account at First Merchants Bank. A deposit ticket with the name Alecia Blackwell was completed during the deposit of the above check.

10. On or about June 20, 2023, a withdrawal in the amount of $7,000.00 was made from BLACKWELL's account at First Merchants Bank, 1460 Grandview Avenue, Columbus, Ohio. At the time of the withdrawal, BLACKWELL provided her Ohio Driver's license as identification, and First Merchants Bank provided her with $7,000.00 in funds from her Fast Decorations Automation LLC N account.

11. First Merchants Bank advised that the legitimate victim business, Fast Decoration Automation, was contacted regarding the above check that was deposited on June 8 into BLACKWELL's account. A representative of Fast Decoration Automation stated that the check is legitimate but was not authorized for deposit into BLACKWELL's account. First Merchants Bank sustained a loss of $7,000.00 on BLACKWELL's account due to the fraudulent deposit and withdrawal. Other than a $100 cash deposit, the only funds deposited into this account was the unauthorized check referenced in this affidavit.

12. First Merchants Bank Protection Department provided video surveillance of BLACKWELL conducting the above transaction on June 20, 2023. Below are two

(2) photos from First Merchants Bank surveillance cameras of BLACKWELL at the bank branch attempting to withdraw funds from her Fast Decoration Automation LLC N account.





13. At all times relevant, First Merchant Bank was an insured depository institution (as defined in section 3(c)(2) of the Federal Deposit Insurance Act).

b. <u>Stone Mart</u>

14. On or about July 13, 2023, the business name Stone Mart Limited LLC was filed electronically with the Ohio Secretary of State under the name Alecia BLACKWELL. Notably, one of the victim businesses is Stone Mart, 2249 Westbrooke Drive, Columbus, Ohio 43228.

3

14. On or about July 18, 2023, an account under the name Stone Mart Limited was opened at Telhio Credit Union, 6623 East Main Street, Reynoldsburg, Ohio. Alecia BLACKWELL is the name listed on the account opening documents for Stone Mart Limited. Documents from the Ohio Secretary of State listed BLACKWELL as an agent for Stone Mart Limited LLC and a letter from the IRS listing Stone Mart Limited, Alecia BLACKWELL Sole MBR, were provided to Telhio Credit Union at the time the account was opened.

15. On or about July 19, 2023, a check from Complete Service Inc, made payable to Stone Mart, in the amount of $19,699.83 was deposited into BLACKWELL's account. On the same date, a second check, from Prestige Stone Creations, made payable to Stone Mart, in the amount of $12,419.98 was deposited into BLACKWELL's account.

16. On July 21, 2023, BLACKWELL attempted to withdraw funds from her Stone Mart Limited LLC account, at Telhio Credit Union branch located at 1672 W. 5th Avenue, Columbus, Ohio. During the attempted transaction, Telhio Credit Union contacted a representative of the victim business Stone Mart who advised that the above checks were not authorized by Stone Mart to be deposited into BLACKWELL's account. The only funds deposited into this account were the unauthorized checks referenced in this affidavit.

17. Below is a photo from Telhio Credit Union surveillance cameras of BLACKWELL at the bank branch attempting to withdraw funds on July 21, 2023.



18. At all times relevant, Telhio Credit Union was a credit union with accounts insured by the National Credit Union Share Insurance Fund.

19. In reviewing the full video footage from both financial institutions and comparing the images to the BMV photo of BLACKWELL, your Affiant confirmed that the images

4

matched.

## CONCLUSION

20. Based on the facts set forth in this Affidavit, I maintain there is probably cause to believe that:

    a. beginning in May 2023 and continuing through June 20, 2023, in the Southern District of Ohio, Alecia Simone BLACKWELL, did knowingly execute, and attempt to execute, a scheme to defraud a financial institution, and to obtain money, funds, credits, assets, securities, and other property owned by, and under the custody and control of a financial institution, namely, First Merchants Bank, by means of false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. 1344; and

    b. beginning in July 2023 and continuing through July 21, 2023, in the Southern District of Ohio, Alecia Simone BLACKWELL, did knowingly execute, and attempt to execute, a scheme to defraud a financial institution, and to obtain money, funds, credits, assets, securities, and other property owned by, and under the custody and control of a financial institution, namely, Telhio Credit Union, by means of false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. 1344.

Therefore, your Affiant respectfully requests this court issue an arrest warrant for the above individual.

J. Michael McClelland
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 25th day of February 2025, in Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge

5